## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARK EDWARD VANZANT**
**ADC #137057**                                                                                                      **PLAINTIFF**

**v.**                          **CASE NO. 5:10cv00364 BSM/BD**

**K.D. STARKS et al.**                                                                                              **DEFENDANTS**

### ORDER

The partial recommended disposition submitted by Magistrate Judge Beth Deere has been reviewed. The parties have not filed objections. After carefully considering the partial recommended disposition and making a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's motion for temporary restraining order [Doc. No. 21] is DENIED.

IT IS SO ORDERED this 9th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE