UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK EDWARD VANZANT
ADC # 137057                                                                                       PLAINTIFF

v.                              CASE NO. 5:10cv00364 BSM/BD

K.D. STARKS, et al.                                                                              DEFENDANTS

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Vanzant's claims against defendants Posey and Owen are DISMISSED without prejudice and these officers are DISMISSED as party defendants. In addition, Vanzant's equal protection and first amendment claims against defendants Starks, Rana, Langley, and Glover are DISMISSED without prejudice.

IT IS SO ORDERED, this 15th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE