# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MARK EDWARD VANZANT**
**ADC# 137057**                                                     **PLAINTIFF**

**v.**                          **CASE NO. 5:10CV00364 BSM**

**K.D. STARKS, Lieutenant, Cummins Unit,**
**Arkansas Department of Correction et al.**              **DEFENDANTS**

### ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 79] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Defendants' motion for judgment on the pleadings [Doc. No. 77] is denied.

IT IS SO ORDERED this 1st day of May 2012.

_____
UNITED STATES DISTRICT JUDGE