**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MARK EDWARD VANZANT**
**ADC #137057**                                                                                          **PLAINTIFF**

v.                              CASE NO. 5:10CV00364 BSM/BD

**K.D. STARKS, Lieutenant, Cummins Unit,**
**Arkansas Department of Correction et al.**                                  **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 98] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Defendants' motion for summary judgment [Doc. No. 93] is granted and plaintiff Mark Vanzant's claims are dismissed without prejudice.

An appropriate judgment shall accompany this order.

Dated this 11th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE